

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ENTERED
01/19/2016

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 15-31594 |
| **DAVID G. WALLACE, JR.,** | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |
| **RONALD ELLISOR, ET AL.,** | § | |
| | § | |
| Plaintiffs | § | |
| | § | **Adversary No. 15-03241** |
| v. | § | |
| | § | |
| **DAVID G. WALLACE, JR.,** | § | |
| | § | |
| Defendant. | § | |

**ORDER REGARDING DEFENDANT DAVID G. WALLACE, JR.'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT EXCEPTING
DEBTS FROM DISCHARGE UNDER 11 U.S.C. SECTION 523**
**[This Order Relates to Adv. Doc. No. 7]**

On November 4, 2015, David G. Wallace, Jr. ("Wallace"), the named defendant in this adversary proceeding, filed his Motion to Dismiss Plaintiffs' Complaint Excepting Debts From Discharge Under 11 U.S.C. § 523 (the "Motion to Dismiss"). [Adv. Doc. No. 7]. On November 25, 2015, the Plaintiffs filed their response to the Motion to Dismiss. [Adv. Doc. No. 8]. On December 17, 2015, this Court held a hearing on the Motion to Dismiss. Counsel for all parties appeared and made their respective arguments. The Court then continued the hearing until January 7, 2016 in order to give counsel for the Plaintiffs time to file a brief in support of his oral arguments.

On January 4, 2016, counsel for the Plaintiffs filed a brief containing authorities in support of the oral arguments made at the hearing held on December 17, 2015. [Adv. Doc. No.

12].  On January 7, 2016, the Court held the continued hearing and heard further arguments from counsel. The Court then took the matter under advisement.

On January 13, 2016, this Court issued its ruling on the Motion to Dismiss.  This Order memorializes the Court's ruling.  The findings of fact and conclusions of law made orally on the record at the hearing held on January 13, 2016 are incorporated into this Order as if fully set forth.  It is therefore:

ORDERED that the Plaintiffs shall have until February 5, 2016 to conduct a 2004 examination of Wallace; and it is further

ORDERED that the Plaintiffs shall have until February 29, 2016 to file their first amended complaint; and it is further

ORDERED that if the Plaintiffs fail to file their first amended complaint by the deadline set forth above, then this Court, by separate order, will grant the pending Motion to Dismiss; and it is further

ORDERED that if the Plaintiffs timely file their first amended complaint, then Wallace shall have until March 21, 2016 to file a responsive pleading; and it is further

ORDERED that if the Plaintiffs timely file their first amended complaint, and if Wallace then timely files an amended motion to dismiss the first amended complaint, then this Court will hold a hearing on the amended motion to dismiss on April 5, 2016, at 2:00 P.M., and both counsel for the Plaintiffs and counsel for Wallace shall be required to personally appear in court to make their respective arguments; and it is further

ORDERED that if the Plaintiffs timely file their first amended complaint, but Wallace decides not to file an amended motion to dismiss, then this Court will: (1) deny the pending Motion to Dismiss; and (2) hold a status conference on April 5, 2016, at 2:00 P.M., at which time

the parties may appear by telephone to discuss revising the Comprehensive Scheduling, Pretrial, and Trial Order, [Adv. Doc. No. 5].

Signed on this 15th day of January, 2016.

Jeff Bohm
United States Bankruptcy Judge