UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 25 2016

David J. Bradley, Clerk of Court

| | |
|---|---|
| In Re: § | |
| § | |
| DAVID G. WALLACE, JR., § | 15-31594-H4-7 |
| Debtor, § | |
| § | |
| RONALD & LAVONNE ELLISOR, RICHARD J. § | |
| KADLICK, RAMESH & SAILAJA KONDURI, § | |
| ROBERT P. FICKS, LARRY & VANITA MULLINS, § | |
| KOHUR SUBRAMANIAN, TIMOTHY B. KOEHL, § | |
| MARTIN GROSBOLL, DOUGLAS & KAY § | |
| SHAFFER, PHILLIP R. & ALISA K. JONES, § | |
| ALLISON CAMERON, M. BRANNON & § | |
| MICHELE KUYKENDALL, KEVIN J. DEERING, § | |
| JOHNNY & BETTY GAUNTT, MARCUS § | |
| ERICKSON, KURT EVERSON, GEORGE & § | |
| MARENE TOMPKINS, TOMPKINS 2007 FAMILY § | Adv. No. 15-03241 |
| PARTNERSHIP, RICHARD BURKHARDT, § | |
| JAMES & PATRICIA STEWART, ROBERT L. § | |
| HORLANDER, JR. & BRENDA K. HORLANDER, § | |
| INDIVIDUALLY AND AS § | |
| HORLANDER, LLC, DONALD L. & MARTHA M. § | |
| KEIL, GERALD CROUCH, INDIVIDUALLY & AS § | |
| GENERAL PARTNER OF POST OAK FAMILY, § | |
| L.P., PAUL E. & SIMONA WILLIAMS, STEPHEN § | |
| C. COOK, FLORENCE REILEY, CARLOS § | |
| BARBERI, RAYMOND L. WARNER, HAL § | |
| TOMPKINS, JOSEPH MILLER, INDIVIDUALLY § | |
| & D/B/A NADA POR NADA, LTD., ELLIS V. § | |
| COUCH, ANITA CHANDLER, JOHN WILLIS, § | |
| EXECUTOR OF THE ESTATE OF GERALDINE § | |
| WILLIS, GARY SEEVER, GEORGE § | |
| LINGENFELDER, LAWRENCE ROOT, FRED § | |
| SHUFFLER, ROBERT RESCH, SANJIV & RENU § | |
| KHANNA, DON & DONNA BARRETT, ED & § | |
| HELEN GRAY, BARBARA DOREEN HOUSE, and § | |
| ZT PERRY FUND, L.P. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| DAVID G. WALLACE, JR., § | |
| § | |
| Defendant. § | |

-1-

## UNOPPOSED MOTION TO ALLOW COUNSEL TO WITHDRAW
## AND SUBSTITUTE AS ATTORNEY IN CHARGE

TO THE HON. JEFF BOHM
CHIEF UNITED STATES BANKRUPTCY JUDGE:

1. Plaintiff Barbara Doreen House asks this court to allow C. Thomas Schmidt to withdraw as her counsel and attorney in charge.

2. Plaintiff requests that David A. Bryant, Jr., be substituted as her counsel in this case and the new attorney in charge for Plaintiff, Barbara Doreen House. Contact information for new counsel is as follows:

> David A. Bryant, Jr.
> The Bryant Law Firm
> 801 Congress, Suite 250
> Houston, Texas 77002
> 713-980-0700
> 713-980-0701 (fax)
> State Bar No. 00785730

3. Barbara Doreen House approves the substitution. The withdrawal and substitution of attorneys is not being made for purposes of delay.

4. For these reasons, Plaintiff Barbara Doreen House asks this Court to grant her motion to allow C. Thomas Schmidt to withdraw as her counsel, and substitute David A. Bryant, Jr. as attorney in charge for Barbara Doreen House.

Submitted this 25th day of April, 2016.

Respectfully submitted,

THE BRYANT LAW FIRM

By: _____
David A. Bryant, Jr.
State Bar No. 00785730
801 Congress, Suite 250
Houston, Texas 77002
(713) 980-0700 Telephone
(713) 980-0701 Facsimile

ATTORNEY IN CHARGE FOR
PLAINTIFF BARBARA DOREEN HOUSE

_____ (by permission)
C. Thomas Schmidt
State Bar No. 00797386
7880 San Felipe, Suite 210
Houston, Texas 77063
(713) 568-4899
(815) 301-9000 (Fax)

ATTORNEY IN CHARGE FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that on the 25th day of April, 2016, a true and correct copy of the foregoing instrument was forwarded via electronic transmission to all counsel of record.

_____
David A. Bryant, Jr.