IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID G. WALLACE, JR. | § | CASE NO. 15-31594-H4-7 |
| Debtor. | § | CHAPTER 7 |
| | § | |
| RONALD ELLISOR, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| vs | § | Adversary No. 15-03241 |
| | § | |
| | § | |
| DAVID G. WALLACE, JR. | § | |
| Defendant | § | |
| | § | |

## DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL

**COMES NOW**, David G. Wallace, Debtor, and files this Motion For Substitution of Counsel, and respectfully shows the Court as follows:

1. On September 30, 2015, an Adversary Proceeding was filed against David G. Wallace, Jr. ("Wallace")

2. Wallace is currently represented by Hughes Waters Askanase, LLP, and now requests that the following attorney be substituted as his attorney of record in this proceeding:

> Johnie Patterson
> Walker & Patterson, PC
> State Bar #15601700
> P.O. Box 61301
> Houston, TX 77208
> Phone: 713.956.5577
> Fax:    713.956.5570
> jjp@walkerandpatterson.com

3. This substitution is not sought in an effort to delay this proceeding, and the Defendant shall not seek any extension of any pending deadline or the scheduled trial date.

**WHEREFORE,** Defendant requests that the court take notice and approve his substitution of counsel, ordering Johnie Patterson be substituted as his attorney of record in this proceeding.

                                            Respectfully submitted,

                                            By:  */sJohnie Patterson*

                                            Johnie Patterson
                                            SBN #15601700

OF COUNSEL:
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208-1301
(713)956-5577 Phone
(713)956-5570 Fax

### **CERTIFICATE OF SERVICE**

I, Johnie Patterson, hereby certify that a true and correct copy of the foregoing *Motion To Substitute* was served upon Plaintiff's counsel, Charles T. Schmidt, by electronic transmission on September 29, 2016.

                                              */s/Johnie Patterson*
                                            Johnie Patterson