# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ENTERED
04/11/2017

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID G. WALLACE, JR. | § | CASE NO.  15-31594-H4-7 |
| Debtor. | § | CHAPTER 7 |
| | § | |
| RONALD ELLISON, *et al* | § | |
| Plaintiffs, | § | |
| | § | |
| vs | § | Adversary No. 15-03241 |
| | § | |
| | § | |
| DAVID G. WALLACE, JR. | § | |
| Defendant | § | |
| | § | |

## DISMISSAL ORDER

By Agreement of the Parties, it is

**ORDERED** that this Adversary Proceeding is dismissed with prejudice, and it is further

**ORDERED** that upon proper application by either party alleging a default by the other pursuant to the Settlement Agreement within seventy-five (75) days from today, this Order shall be vacated, and it is further

**ORDERED** that the Clerk shall *not* close this Adversary Proceeding, *until further Order of the Court.*

Dated: 4-10-2017

UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND SUBSTANCE:

Jaimie Patterson
SBN 15601700
P.O. Box 61301
Houston, TX 77208
713.956.5577
713.956.5570 fax
ATTORNEY FOR DEFENDANT

C. Thomas Schmidt
SBN 00797386
Suite 210
7880 San Felipe
Houston, TX  77063
713.568.4898
815.301.9000 fax
ATTORNEY FOR PLAINTIFFS

Agreed